# Court of Appeals
# of the State of Georgia

ATLANTA, November 19, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0359.  LAFERLA et al. v. SUNTRUST BANK.**

The appeal in this case was docketed on October 12, 2012, and the appellant was given due notice of the docketing date and the briefing schedule on that date. See Court of Appeals Rule 13.  To date, the appellant's enumeration of errors and appellate brief have not been filed.  NOW THEREFORE, the instant appeal is hereby DISMISSED.  Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/19/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*